AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00092 |
| COUY GRIFFIN | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 1/16/2021 |
| U.S. MARSHAL-DC AM11:5 | ) Description: Complaint w/ Arrest Warrant |
| RECEIVED JAN 19 '21 | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   COUY GRIFFIN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

Date:   01/15/2021

Zia M. Faruqui
2021.01.15 22:06:27
-05'00'
*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/17/2021, and the person was arrested on *(date)* 1/19/2021
at *(city and state)* Washington DC.

Date: 1/21/2021

*Arresting officer's signature*

Steven Caldwell
*Printed name and title*