

FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/12/2021

    On 11 January 2021, SAs David Gabriel and Matthew Warren Ray interviewed Matt Struck, phone number 303-875-8926, by telephone. After being advised of the identities of the interviewing Agents and the nature of the interview, Struck provided the following information:

    Struck does media work for Cowboys 4 Trump (variant Cowboys For Trump) and traveled to Washington, D.C. with Couy Griffin (Couy) for the 6 January 2021 rally. Struck met Couy at a previous rally in support of Mike Flynn, but Struck actually resides in Colorado. For their trip to Washington D.C., Struck drove down and linked up with Couy in New Mexico. They then traveled to DC by road with the Women for America First group.

    The men believed there would be an opportunity for Couy to lead a prayer in DC based on a vision another individual had told them about at a rally. The purpose of the rally was to express dissatisfaction with the 2020 U.S. Presidential Election results. The mood of the crowd was more of calm disappointment than violent anger. Many in the crowd were disappointed in Vice President Mike Pence in particular.

    After the rally, the men moved towards the Capitol and saw people "where they shouldn't be," pushing past barriers and up onto the platform/deck out in front of the Capitol. They saw a man up on a wall "speaking the gospel" with a loudspeaker and believed he was saying to "step on the mic," which aligned with Couy's reason for being there. However, the individual was actually saying "step on the bike" encouraging people to use a bike to summit the wall and get closer to the building. Struck and Couy climbed up the wall and onto the patio. There were barriers and fences and scaffolding that many people were climbing over.

    Closer to the Capitol was a man on a megaphone telling people to "move forward patriots." The mood still felt like a protest, and they did not feel

| | | |
|---|---|---|
| Investigation on  01/11/2021  at | Las Cruces, New Mexico, United States (Phone) | |
| File #  9E-AQ-3369565, 176-WF-3366759 | | Date drafted  01/12/2021 |
| by  DAVID S. GABRIEL, Matthew Warren Ray | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

9E-AQ-3369565

Continuation of FD-302 of (U) Interview of Cowboys 4 Trump Videographer Matt Struck, On 01/11/2021, Page 2 of 3

like the crowd would "terrorize" people. People around them were scaling additional walls, but Couy decided they would not do that. Then, a door opened which gave them access to the top of the stairs and the outside deck of the Capitol via a temporary staircase. Couy got on the wall to face the crowd and had a good vantage point. Someone gave him a bullhorn and he was able to lead a prayer. They were completely unaware of what was going on inside the building, and stayed up on the deck for about 1.5 hours. They left unprompted and smelled pepper spray in the air.

Most of the crowd seemed like normal "Trump rally crowd" but closer into the Capitol were guys with gear and backpacks who looked like they were "ready for something" and were fit like "stunt men" or "veterans." Struck did not see these kinds of people at the initial rally. Struck has footage from the outside of the building, but since he and Couy did not enter, they could not provide any footage of the interior. While on the deck, Struck could hear people yelling "that's Antifa" and encountered a guy who he claimed had stolen a police officer's gas mask. This individual is also on the footage.

Struck looked back at the door and saw a big mob scene pulling police shields out. At one point a two-story ladder materialized in the crowd, and a big gallon-sized tear gas container was also encountered.

Struck and Couy have not encountered any outreach from radicals. Their only real contact has been Annie Cramer (variant Andy Cramer) from March for Trump. They stay away from Proud Boys and militia-types, preferring to support law enforcement.

Struck is not planning to go to DC with Couy and is not attending the Santa Fe rally. Struck is aware of where the line between free speech and threats are, and was concerned that some of Couy's recent comments were borderline inappropriate. Facebook has frozen the Cowboys 4 Trump Facebook account for "spamming." Struck's phone GPS was on for the duration of the trip and can show where they were during the riot. They did not have malicious intent, and might have only committed some "minor trespassing" onto the steps of the Capitol. Struck offered to provide all video footage he had taken.

9E-AQ-3369565

Continuation of FD-302 of (U) Interview of Cowboys 4 Trump Videographer Matt Struck , On 01/11/2021 , Page 3 of 3

[Agent Note: Struck provided a drop box link to this media later on 11 January 2021. This media will be serialized separately. ]