FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    01/16/2021

On 16 January 2021, SA David Gabriel and SSRA Ryan Jackson conducted a telephonic interview with Couy Griffin, telephone 505-235-9239. After being advised of the identities of the interviewing agents and the nature of the interview, Griffin provided the following information:

Griffin is currently traveling by road to Washington, D.C., and has left the state of New Mexico. Griffin did not provide a current location. Griffin believes he will return to New Mexico on the 23rd or the 24th of January.

Griffin does not know Facebook user Murray Zuritsky, who made online threats against him. Griffin and Otero County have been inundated with threats, and part of Griffin's reason for traveling is because of the threats made against him. Griffin's home address, 52 Dusty Lane, has been released on the Internet many times. Griffin is the only current resident at this address, so there is no immediate physical danger from threatening parties to anyone at his home while he travels.

Griffin recommended SAs contact Pamela Heltner, the Otero County Manager, for more information on the threats. Griffin has some threat information printed out in his office, and gave agents verbal consent to enter his office with assistance from Heltner to gather this information.

Investigation on   01/16/2021   at   Las Cruces, New Mexico, United States (Phone)

File #  266H-AQ-3369565, 176-WF-3366759-GRIFFIN, 176-WF-3366759    Date drafted   01/16/2021

by   DAVID S. GABRIEL

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.